UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6141-CIV-FERGUSON

SALLY RICHARDVILLE,

    Plaintiff,

vs.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED
WORKERS, LOCAL 103,

    Defendant.

_____/

## REMOVAL STATUS REPORT

    The removing party, Defendant UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS, LOCAL 103 (hereinafter "Local 103") files this Removal Status Report as required by the Court's Order of February 2, 2000.

    1.    Plaintiff has sued for an accounting of the wages and benefits allegedly due to her while she held the position of business manager of Roofers Local Union 77. Plaintiff bases her claim upon a violation of Local 77's Constitution and By-Laws. Plaintiff also seeks a judgment against the Defendant for the wages and benefits shown to be due, interest, and attorneys' fees. (Complaint, ¶¶ 6 and 11.)

    2.    The removal is grounded upon Section 301(a) of the Labor Management Relations Act, as amended, 29 U.S.C. §185(a) which grants federal court jurisdiction to "[s]uits for violations of contracts between ...labor organizations..." Suits alleging a violation of a



union's constitution are covered by the jurisdictional grant of 29 U.S.C. §185(a). (See cases cited in ¶¶ 6-9 of Notice of Removal.) All of the parties to the action are named in the style of the complaint: Plaintiff Sally Richardville and Defendant Local 103.

3.    The sole defendant has joined in the removal.

4.    Defendant removed this action on January 28, 2000, which is within 30 days after the Summons and Complaint was served upon Defendant's claimed "resident agent" on January 10, 2000. (Notice of Removal, paragraph 3.)

5.    Pending Motion – A Motion to Quash Service of Process is pending.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Removal Status Report, together with a copy of this Court's Notice of Court Practice in Removal Cases was mailed on this 10th day of February, 2000, to: BARRY LERNER, Esquire, Attorney for Plaintiff, 225 East Dania Beach Boulevard, Suite 202, Dania Beach, Florida, 33004.

Respectfully submitted,

**SUGARMAN & SUSSKIND, P.A.**
Attorneys for Defendant
2801 Ponce de Leon Boulevard
Suite 750
Coral Gables, Florida 33134
Telephone: (305) 529-2801
Facsimile: (305) 447-8115

By: _____
    ROBERT A. SUGARMAN
    Fla. Bar No. 149388

R103\RICHRemovalStat.Rpt