**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

00 FEB 25 PM 1: 01

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

SALLY RICHARDVILLE,                    CASE NO.  00-6141-CIV-FERGUSON

      Plaintiff,

vs.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED
WORKERS, LOCAL 103

      Defendant.

_____/

### AGREED MOTION TO RESCHEDULE STATUS CONFERENCE

COMES NOW the Plaintiff, by and through her undersigned counsel, and files this

Agreed Motion to continue the status conference presently scheduled for March 20, 2000,

at 4:15 p.m. and as grounds therefor, would state as follows:

1.    The Court has scheduled a status conference pursuant to Local

Rule 16.1(B)(7) for Monday, March 20, at 4:15 p.m.

2.    The undersigned has longstanding plans to be out of state March 20 and

21, 2000.

3.    The undersigned personally spoke to counsel for the Defendant, Roger

Sugarman, and advised him of this conflict.  Mr. Sugarman advised the undersigned that

he has no objection to rescheduling this status conference.

WHEREFORE, the undersigned respectfully requests that the Court continue the

status conference presently scheduled for Monday, March 20, 2000, at 4:15 p.m.,



reschedule it at a later date and provide such other relief as deemed necessary and proper

under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **AGREED MOTION TO RESCHEDULE STATUS CONFERENCE** was furnished by U.S. Mail to:

> Robert Sugarman, Esq.
> Sugarman and Susskind
> 2801 Ponce De Leon Blvd., Suite 750
> Coral Gables, FL 33134

on this 24 day of February 2000.

> Barnett & Lerner, P.A.
> Attorneys for Claimant
> 225 E. Dania Beach Blvd., Suite 202
> Dania Beach, FL 33004
> Telephone: (954) 920-7400

By: _____
BARRY R. LERNER, ESQ.