IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



00 FEB 29 PM 1:01

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

SALLY RICHARDVILLE,   CASE NO. 00-6141-CIV-FERGUSON

    Plaintiff,

vs.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED
WORKERS, LOCAL 103

    Defendant.
_____/

It is ORDERED that this Motion is hereby GRANTED AND RESET TO 4/3/00 AT 4:15 PM.

WILKIE D. FERGUSON, JR.
03/17/00
DATE

## AGREED MOTION TO RESCHEDULE STATUS CONFERENCE

COMES NOW the Plaintiff, by and through her undersigned counsel, and files this Agreed Motion to continue the status conference presently scheduled for March 20, 2000, at 4:15 p.m. and as grounds therefor, would state as follows:

1. The Court has scheduled a status conference pursuant to Local Rule 16.1(B)(7) for Monday, March 20, at 4:15 p.m.

2. The undersigned has longstanding plans to be out of state March 20 and 21, 2000.

3. The undersigned personally spoke to counsel for the Defendant, Roger Sugarman, and advised him of this conflict. Mr. Sugarman advised the undersigned that he has no objection to rescheduling this status conference.

WHEREFORE, the undersigned respectfully requests that the Court continue the status conference presently scheduled for Monday, March 20, 2000, at 4:15 p.m.,

