# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. __00-6141__                                  Date: __4/3/00__

2. Style __Sally Richardville v. United Union of Roofers__

3. Plaintiff's Counsel: __B Lerner__

4. Defendant's Counsel: __R. Sugarman / Braswell__

5. Type of Proceeding: __Status Conf.__

6. Result of hearing:     Motion Granted ☐     Motion Denied ☐

7. Case Continued to: _____ Trial Set for _____

8. Does the case require mediation? _____

Notes __Discussion on Mot. to Quash service of process. Court will quash service. Plaintiff will have 120 days to serve process upon proper defendant. Court will re-set Status Conf. for 30 days.__

Law Clerk:              Derek Lewis

Courtroom Deputy:       Troy Walker

Courtroom Reporter:     Paul Haferling