UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6141-CIV-FERGUSON

SALLY RICHARDVILLE,

    Plaintiff(s),

vs.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED
WORKERS, LOCAL 103,

    Defendant(s).
_____/

## ORDER RE-SETTING STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the Status Conference of April 3, 2000, in the above-styled Cause before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301** has been continued to **May 15, 2000 at 4:15 pm.**

    **DONE** and **ORDERED** in Chambers at Ft. Lauderdale, Florida this ____ day of April, 2000.

                                              _____
                                              WILKIE D. FERGUSON, JR.
                                              UNITED STATES DISTRICT COURT

Copies Provided:
Barry R. Lerner, Esq.
Robert A. Sugarman, Esq.