AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

SALLIE RICHARDVILLE,

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER: 00-6141-CIV FERGUSON

UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED
WORKERS, LOCAL 103

TO: (Name and address of defendant)

UNITED UNION OF ROOFERS, WATERPROOFERS
    AND ALLIED WORKERS, LOCAL 103
1003 Belvedere Road
West Palm Beach, FL  33405

by serving PATRICK HARRINGTON in his capacity as Business Manager, Agent
or other.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BARRY R. LERNER, ESQUIRE
BARNETT & LERNER, P.A.
225 East Dania Beach Blvd., Suite 202
Dania Beach, Florida 33004
Telephone:  (954) 920-7400

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

APR 1 3 2000

CLERK

DATE

(BY) DEPUTY CLERK