UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

00 MAY -9 PM 2: 15

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

SALLY RICHARDVILLE,    CASE NO. 00-6141-CIV-FERGUSON

Plaintiff,

v.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND
ALLIED WORKERS, LOCAL 103,    **AGREED MOTION TO EXTEND TIME AND RESCHEDULE STATUS**
Defendant.    **CONFERENCE**

Defendant UNITED UNION OF ROOFERS, WATERPOOFERS AND ALLIED WORKERS, LOCAL 103 ("Defendant"), files this Agreed Motion pursuant to Fed. R. Civ. Pro. 6(b)(1) and S.D. Fla. L.R. 7.1. Defendant respectfully requests that the Court enlarge the time period within which it must respond to the Complaint and reschedule the status conference, stating as follows:

1. On or about April 26, 2000, Defendant's Business Manager, Patrick Harrington, received service of the Complaint.
2. Counsel for the parties have been unable to confer for the purpose of preparing a joint status report, which was due twelve (12) days prior to the status conference, because the Complaint was only recently served.
3. Defendant's lead counsel, Robert Sugarman, has had long-standing plans to be out of the state until May 15, 2000.
4. Accordingly, Mr. Sugarman cannot confer with his client to prepare an appropriate response to the Complaint before the status conference is scheduled to occur on May 15, 2000.
5. Defendant respectfully submits that until it has responded to the Complaint, the parties cannot file a meaningful joint status report.

6. Defendant therefore respectfully requests that the Court reschedule the May 15 status conference.

7. During a May 4, 2000 telephone conference regarding the receipt of service by Mr. Harrington, Plaintiff's counsel stated that he had no objection to permitting Defendant's counsel a fifteen (15) day extension, until May 31, 2000, to respond to the Complaint and had no objection to rescheduling the status conference.

8. The parties move for this extension of time in good faith and not for the purposes of delay.

**WHEREFORE** Defendant respectfully requests that the Court grant this Motion to Extend Time and Reschedule Status Conference granting Defendant up through and including May 31, 2000 to respond to the Complaint, and continuing the status conference, presently scheduled for May 15, 2000 at 4:15 p.m., until a later date.

Respectfully submitted,

**SUGARMAN & SUSSKIND, P.A.**
Attorneys for Defendant
2801 Ponce de Leon Boulevard, Suite 750
Coral Gables, Florida 33134
Telephone:   (305) 529-2801
Facsimile:   (305) 447-8115

By: _____
MARCUS BRASWELL
Florida Bar No. 146160


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was served via U.S. Mail on this 8th day of May, 2000 to Barry R. Lerner, Esq., Plaintiff's counsel: 225 E. Dania Beach Boulevard, Suite 202, Dania Beach, Florida 33004.

_____
MARCUS BRASWELL