

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SALLY RICHARDVILLE,                          CASE NO. 00-6141-CIV-FERGUSON

Plaintiff,

v.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND
ALLIED WORKERS, LOCAL 103,          **ORDER GRANTING MOTION TO**
                                    **EXTEND TIME AND**
Defendant                           **RESCHEDULE STATUS CONFERENCE**

_____

THIS CAUSE came before the Court upon Defendant's filing of the parties Agreed Motion

to Extend Time and Reschedule Status Conference   It being represented that the Motion is not

opposed by Plaintiff, and the Court having reviewed the file and being otherwise fully advised in

the premises, it is:

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED.

Defendant may have through and including May 31, 2000, within which to respond to the

Complaint.

The status conference will be continued to ___*May 30, 2000*___ at

___*4:15 p.m.*___

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this *25TH* day of May, 2000

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Barry Lerner, Esq.
Robert Sugarman, Esq.