**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


FILED by _Ad_ D.C.

MAY 30

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. _00-6141_                          Date: _5/30/00_
2. Style _Sally Richardville v. United Union Roofers_
3. Plaintiff's Counsel: _B. Lerner_
4. Defendant's Counsel: _M. Braswell_
5. Type of Proceeding: _Status Conf._
6. Result of hearing:    Motion Granted         Motion Denied
       ☐                    ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes _T.P. Nov. 19, 2000._

_____

Law Clerk:         Derek Lewis

Courtroom Deputy:  Troy Walker

Courtroom Reporter: Paul Haferling

