UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SALLY RICHARDVILLE,   CASE NO. 00-6141-CIV-FERGUSON

Plaintiff,

**NIGHT BOX FILED**

MAY 3 0 2000

v.

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED UNION OF ROOFERS,
WATERPROOFERS AND
ALLIED WORKERS, LOCAL 103,   **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant.

_____

Defendant UNITED UNION OF ROOFERS, WATERPOOFERS AND ALLIED WORKERS, LOCAL 103 ("Local 103") answers the Complaint filed by Plaintiff SALLY RICHARDVILLE ("Plaintiff") as follows, with each paragraph below corresponding with the same numbered paragraph of the Third-Party Complaint:

1. Denied.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Denied.
10. Denied.
11. Denied.

In addition, Local 103 denies all demands set forth in each "WHEREFORE" clause, which follows paragraph numbers 11.



**FIRST AFFIRMATIVE DEFENSE: FAILURE TO EXHAUST INTERNAL ADMINISTRATIVE REMEDIES**

Plaintiff failed to pursue or exhaust the administrative remedies available to her under the local and international union constitutions.

**SECOND AFFIRMATIVE DEFENSE: ACCORD & SATISFACTION**

Plaintiff and Local Union No. 77 reached an accord concerning the payments to be made to her as a union officer and employee and Local 77 satisfied that accord.

**THIRD AFFIRMATIVE DEFENSE: STATUTE OF LIMITATIONS**

The relief to which the Plaintiff is allegedly entitled is limited by §95.11(4)(c), Florida Statutes.

BASED ON THE FOREGOING, Local 103 respectfully requests that the Court dismiss the Complaint and reserve jurisdiction for determination of whether attorney's fees and costs are recoverable by Local 103.

**SUGARMAN & SUSSKIND, P.A.**
Attorneys for Defendant
2801 Ponce de Leon Boulevard, Suite 750
Coral Gables, Florida 33134
Telephone:  (305) 529-2801
Facsimile:  (305) 447-8115

By: _____
for ROBERT A. SUGARMAN
Florida Bar No. 149388

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served via hand delivery on this 30th day of May, 2000 to Barry R. Lerner, Esq., Plaintiff's counsel: 225 E. Dania Beach Boulevard, Suite 202, Dania Beach, Florida 33004.

for _____
ROBERT A. SUGARMAN

2