**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

SALLIE RICHARDVILLE,              CASE NO. 00-6141-CIV-FERGUSON

    Plaintiff,

vs.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND ALLIED
WORKERS, LOCAL 103,

    Defendant.
_____/



## DENIAL OF AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, by and through her undersigned counsel and denies the first affirmative defense, the second affirmative defense and the third affirmative defense contained in the Defendant's Answer of May 30, 2000.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to:

    Robert Sugarman, Esq.
    Sugarman and Susskind
    2801 Ponce De Leon Blvd., Suite 750
    Coral Gables, FL  33134

on this 31 day of May 2000.

    Barnett & Lerner, P.A.
    Attorneys for Claimant
    225 E. Dania Beach Blvd., Suite 202
    Dania Beach, FL  33004
    Telephone: (954) 920-7400

By: _____
    BARRY R. LERNER, ESQUIRE
    Florida Bar No.: 396370

