UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SALLY RICHARDVILLE,

Plaintiff,

v.

UNITED UNION OF ROOFERS,
WATERPROOFERS AND
ALLIED WORKERS, LOCAL 103,

Defendant.

CASE NO. 00-6141-CIV-FERGUSON

**NOTICE TO CLERK REGARDING
PARTIES' AGREEMENT AS TO
SELECTION OF MEDIATOR**

The parties, pursuant to this Court's Order of Referral to Mediation, hereby notify the Clerk that counsel for the parties have reached agreement as to selection of a mediator. The mediation in this action will occur on or before September 20, 2000, with Leslie Langbein, Esq.

Respectfully submitted,

**SUGARMAN & SUSSKIND, P.A.**
Attorneys for Local 103
2801 Ponce de Leon Boulevard, Suite 750
Coral Gables, Florida 33134
Tel:  (954) 763-2566
Fax:  (305) 447-8115

By:   MARCUS BRASWELL
      Florida Bar No. 146160