OCT 2 2000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SALLY RICHARDVILLE,                    Case No. 00-6141-CIV-FERGUSON

     Plaintiff,

vs.

UNITED UNION ROOFERS. et al.

     Defendants.

_____/

### ORDER CHANGING SCHEDULED HEARING

**PLEASE TAKE NOTICE** that the Calendar Call scheduled for November 13, 2000 at 4:15

p.m. has been changed to November 21, 2000 at 4:15 p.m.

     **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 2ND day of October,

2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Barry R. Lerner, Esq.
Robert A. Sugarman, Esq.