UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. 00-6141-CIV-FERGUSON

SALLY RICHARDVILLE,

    Plaintiff,

v.

**MEDIATOR'S REPORT**

UNITED UNION OF ROOFERS,
LOCAL 103, et al.

    Defendants.
_____/

    The parties and their respective counsel appeared at mediation on September 29, 2000 and were able to reach a full and complete settlement of all issues.

                      Leslie W. Langbein, Mediator
                      LANGBEIN & LANGBEIN, P.A.
                      20801 Biscayne Blvd, Suite 506
                      Miami, FL 33180
                      Tel: (305) 936-8844
                      Fax:(305) 936-9840
                      E-mail : langbeinpa@aol.com

    I CERTIFY that a true copy of this report was sent to Noah Warman, Esq., SUGARMAN & SUSSKIND, 2801 Ponce de Leon Blvd, Suite 750, Coral Gables, FL 33134 and to Barry Lerner, Esq., BARNETT & LERNER, P.A., 225 E. Dania Beach Blvd, Suite 202, Dania, FL 33003 on October 2, 3000.

                      By: _____
                            Leslie W. Langbein, Esq.
                            Fla. Bar No. 305391