CLOSED CIVIL CASE

OCT 2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SALLY RICHARDVILLE,

Case No. 00-6141-CIV-FERGUSON

Plaintiff,

vs.

UNITED UNION OF ROOFERS, LOCAL
103, et al.

Defendant.
_____/

### ORDER DISMISSING CAUSE ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon the Mediator's Report of Settlement dated October 3, 2000. Having duly considered the Mediator's Report and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice. The Court retains jurisdiction for sixty (60) days over this cause to enter judgment or final order of dismissal on the parties' filing of appropriate pleadings, and if necessary, to enforce settlement. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order Dismissing Cause. **The case is closed.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 4th day of October, 2000.



_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Noah Warman, Esq.
Barry Lerner, Esq.